Hemant H. ("Shashi") Kewalramani (State Bar No. 262290)
shashi@ljpklaw.com
LEE, JORGENSEN, PYLE &
KEWALRAMANI, P.C.
440 West First Street, Suite 205
Tustin, California 92780
Telephone: (714) 252-6611
Facsimile: (714) 602-4690

Attorney for Plaintiff,
**O.S. SECURITY LLC**

Anntim J. Vulchev (SBN 232166)
*anntim@vulchevlaw.com*
Vulchev & Co
800 West 6th Street, Suite 1220
Los Angeles, CA 90017
Telephone: (213) 375-3700
Facsimile: (213) 377-5110

Attorneys for Defendants,
**ALARM LOCK SYSTEMS, INC. and NAPCO SECURITY TECHNOLOGIES, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>   v.<br><br>ALARM LOCK SYSTEMS, INC. and NAPCO SECURITY TECHNOLOGIES, INC.,<br><br>      Defendants. | **CASE NO. SACV 14-00312-AG (DFMx)**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

The Court is hereby notified that Plaintiff, O.S. Security LLC and Defendants Alarm Lock Systems, Inc. and NAPCO Security Technologies, Inc., have fully executed a Settlement Agreement.

The Settlement Agreement sets forth certain terms that need to be complied with prior to dismissal. The parties expect that they will comply with those terms within the next fourteen (14) days and will be able to file a dismissal of this case on or before October 6, 2014.

Respectfully submitted,

Dated:  September 22, 2014    **LEE, JORGENSEN, PYLE & KEWALRAMANI,**

By:  /s/ H. H. (Shashi) Kewalramani
H. H. (Shashi) Kewalramani
Attorney for Plaintiff, O.S. Security LLC

Dated:  September 22, 2014    **VULCEVN & CO**

By:  /s/ Anntim J. Vulchev
Anntim J. Vulchev
Attorney for Defendants, Alarm Lock Systems, Inc. and NAPCO Security Technologies, Inc.